UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ALEXANDER A. STRATIENKO, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-CV-258 |
| | ) | (COLLIER/SHIRLEY) |
| CHATTANOOGA-HAMILTON COUNTY | ) | |
| HOSPITAL AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by the referral of the Honorable Curtis L. Collier, United States District Judge, for disposition of the Motion for Guidance/Scheduling Conference [Doc. 15] of defendants The Chattanooga-Hamilton County Hospital Authority and Mel Twiest, M.D., and plaintiff Alexander A. Stratienko, M.D.'s Motion for Additional Time to Respond to Dispositive Motion of Defendants Chattanooga-Hamilton County Hospital Authority and Mel Twiest, M.D., and for Briefing Schedule [Doc. 19], Motion for Additional Time to Respond to Counterclaim [Doc. 20], and Motion to Amend Pursuant to Federal Rule of Civil Procedure 15. [Doc. 24]

The Court notes that the parties appeared before Judge Collier on December 21, 2007, for a scheduling conference, and that a Scheduling Order [Doc. 68] was subsequently entered which established new deadlines for the parties to respond to all pending motions. Accordingly, the Court

hereby **DENIES as moot** the motion for guidance and motions for additional time. [Docs. 15, 19, 20]  The Court further notes that the plaintiff has filed a Notice of Withdrawal of Motion to Amend. [Doc. 44]  Accordingly, the Court hereby **DENIES as moot** the motion to amend.  [Doc. 24]

    **IT IS SO ORDERED.**

                              **ENTER:**

                                s/ C. Clifford Shirley, Jr.
                                United States Magistrate Judge